ARSENE GAUTIER, Respondent, v. PRO-FOOTBALL, INC., Defendant, and AMERICAN BROADCASTING COMPANY, INC., et al., Appellants.

Supreme Court, Appellate Term, First Department, December 21, 1950.

*Walter R. Barry* for appellants.

*Harold M. Goldblatt* and *Louis P. Randell* for respondent.

Judgment affirmed, with costs.

Concur: HAMMER, HOFSTADTER and EDER, JJ.